No. —, original. PENNSYLVANIA *v.* NEW JERSEY ET AL. January 15, 1940. The return of the individual defendants to the rule to show cause is received and ordered

filed. This cause is set for hearing on Monday, February 26 next, on the motion for leave to file the bill of complaint and the return to the rule to show cause.